# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**THOMAS MACK PRATT**                                                   **PLAINTIFF**

**v.**                    **Case No. 4:25-cv-00476-KGB**

**ERIKA GREEN**                                                      **DEFENDANT**

## **ORDER**

The Court has reviewed the recommended disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 6). Plaintiff Thomas Mack Pratt has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Pratt's complaint for failure to state a claim upon which relief may be granted (Dkt. No. 2). The Court recommends that in the future this dismissal count as a "strike" within the meaning of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915A(a). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 9th day of June, 2025.

                                                          _____
                                                          Kristine G. Baker
                                                          Chief United States District Court Judge